KATE WARD, as Administratrix of the Estate of MORRIS WARD, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Ward* v. *Brooklyn Heights R. R. Co.*, 119 App. Div. 487, affirmed.
(Argued December 18, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate, alleged to have occurred through defendant's negligence.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*George V. Brower* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.